42 So.2d 504

### Otis WILLIAMS v. STATE.

#### 5 Div. 481.

Supreme Court of Alabama.
Oct. 13, 1949.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for the petition.

D. T. Ware, of Roanoke, opposed.

LAWSON, Justice.

Petition of Otis Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of

that court in the case of Williams v. State, 42 So.2d 500.

Writ denied.

BROWN, FOSTER and SIMPSON, JJ., concur.